AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington



United States of America
v.

JOEL VASQUEZ VENTURA

Case No.   MJ25-204

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **JOEL VASQUEZ VENTURA**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Reentry of Removed Alien, in violation of Title 8, U.S.C., Section 1326(a)

Date: 04/10/2025

_____
*Issuing officer's signature*

City and state:  Seattle, Washington

Paula L. McCandlis, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4/10/25, and the person was arrested on *(date)* 4/11/25
at *(city and state)* SEATTLE, WA

Date: 4/11/25

_____
*Arresting officer's signature*

Jordan Dolan, Special Agent
*Printed name and title*